UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CYNTHIA GUERRERO, *et al.*, § | |
|     *Plaintiffs*, § | |
| § | |
| vs. § | CIVIL ACTION H-05-3620 |
| § | |
| HABLA COMMUNICACIONES, INC., § | |
|     *Defendant*. § | |

## ORDER

The plaintiffs' motion for a continuance (Dkt. 12), motion to compel (Dkt. 18), and alternative motion for expedited discovery (Dkt. 19) are denied as moot.

The plaintiffs' supplemental motion to compel (Dkt. 30) is granted in part. The plaintiffs seek to compel production of a "Check History Listing" for each current and former hourly employee of defendant Habla Communicaciones, Inc., summarizing each paycheck issued to that employee. Because the statute of limitations on an action brought pursuant to the Fair Labor Standards Act is generally two years, and three years for willful violations, the court will limit this request to those employees potentially within this period. 29 U.S.C. § 255(a). Accordingly, Habla is ordered to provide such "Check History Listings" for current and former hourly employees from April 1, 2003 to the present. Employee birth dates and Social Security numbers shall be redacted from these documents. The plaintiffs' are directed to maintain the confidentiality of this information and to limit its use for purposes of this litigation only. These documents are to be produced by Monday, April 17, 2006.

Signed on April 12, 2006, at Houston, Texas.

                                                            */s/ Stephen Wm Smith*
                                                           Stephen Wm Smith
                                                        United States Magistrate Judge