

1717 Main Street, Suite 3700
Dallas, Texas 75201
214.659.4400 Phone
214.659.4401 Fax
andrewskurth.com

Buena Vista Lyons
214.659.4617 Direct
214.659.4833 Fax
vistalyons@andrewskurth.com

April 25, 2006

The Honorable Stephen Wm. Smith,
United States Magistrate Judge,
United States District Court,
Southern District of Texas, Houston Division
515 Rusk Ave., Room 7727
Houston, Texas 77002

    Re:    *Guerrero et al. v. Habla Communicaciones, Inc. d/b/a Habla Comunicaciones, Inc.*; Civil Action No. 4:05-cv-3620; pending in the United States District Court for the Southern District of Texas, Houston Division.

Dear Magistrate Judge Smith:

    Pursuant to the Court's April 19, 2006 Order, enclosed please find Defendant Habla Communicaciones, Inc., d/b/a Habla Comunicaciones, Inc.'s ("Defendant") proposed *Notice of Rights Regarding Overtime Pay* and proposed *Notice of Consent*. Defendant's brief regarding a putative class member's right to join the above-referenced lawsuit *pro se* is being submitted contemporaneously with this filing by separate letter.

    Thank you for your consideration. Please let us know if you have additional questions.

                              Sincerely,

                              Buena Vista Lyons

BVL:js
Enclosures (2)

    cc:    Galvin B. Kennedy, Esq. (via Facsimile)
             Kevin M. Chavez, Esq. (via Facsimile)
             Kennedy Hodges, L.L.P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CYNTHIA GUERRERO and<br>DAMARIS E. TYLER, Individually and on<br>Behalf of All Others Similarly Situated,<br>    Plaintiffs,<br><br>v.<br><br>HABLA COMUNICACIONES, INC.,<br>d/b/a HABLA COMUNICACIONES, INC.,<br>    Defendant. | §§§§§§§§§§§ | CIVIL ACTION NO. 4:05 CV 03620<br><br>JURY TRIAL DEMANDED |

## NOTICE OF RIGHTS REGARDING OVERTIME PAY

TO: All current and former employees of Habla Communicaciones, Inc., d/b/a Habla Comunicaciones, Inc. ("HABLA") who were paid on an hourly basis at any time between October 20, 2002 and the present.

RE: Fair Labor Standards Act ("FLSA") lawsuit against HABLA

### 1. PURPOSE OF THIS NOTICE

The purpose of this notice is to inform hourly paid employees of HABLA of their right to join this lawsuit claiming wages due for unpaid overtime. This case was filed by Cynthia Guerrero and Damaris E. Tyler (together, "Plaintiffs"). Plaintiffs worked for HABLA and were paid an hourly rate. They allege that HABLA did not pay them or its other hourly paid employees overtime at time and a half for all hours worked in excess of 40 in a work week. For those unpaid hours worked in excess of forty in a particular work week, Plaintiffs seek to recover this additional compensation at one-half their hourly rate. Plaintiffs also seek additional damages equal to their unpaid wages. Plaintiffs also seek to recover their attorneys' fees from HABLA under the federal law that applies to this type of lawsuit.

This notice is for the sole purpose of determining the identity of those persons who wish to be involved in this lawsuit. Although the Court has authorized the sending of this Notice, there is no assurance at this time that the Court will grant any back wages or other relief through this lawsuit.

### 2. HOW TO PARTICIPATE

Enclosed you will find a form entitled "Notice of Consent." If you decide to join this lawsuit, and thus participate in any recovery that may result from this lawsuit, it is extremely important that you read, sign and return the "Notice of Consent" form to the Plaintiffs' attorney, Galvin Kennedy, Kennedy Hodges, L.L.P., 3701 Kirby Dr., Suite 400, Houston, Texas 77098,

on or before _____ (*60 days after mailing*). An addressed, stamped envelope is enclosed for your convenience.

It is entirely your own decision whether or not to join this lawsuit and, if you do elect to become a party plaintiff, whether you prefer to be represented by the Plaintiffs' attorney or by an attorney of your choosing, or to represent yourself.

If you do not file a Notice of Consent form and join in this case, you will not receive any back wages for overtime or other relief through this lawsuit even if Plaintiffs settle or win the case. However, any such relief could be obtained by you if you brought an independent action within the time provided by law. **You must file a Notice of Consent to join this action if you wish to recover unpaid overtime wages from this lawsuit.**

If you have questions about this suit or your rights or wish for Plaintiffs' attorney, Galvin Kennedy, to represent you, you may contact him at (713) 523-0001 or (877) 342-2020.

### 3. EFFECT OF JOINING THIS SUIT

If you join this lawsuit by filing your consent, you may be required to respond to written questions, provide documents, give deposition testimony, and/or participate in hearings and/or testify at the trial of this lawsuit in Houston, Texas. If you join the lawsuit, you will be bound by the judgment of the Court on all issues of the case, whether it is favorable or unfavorable to you.

### 4. HABLA CANNOT RETALIATE AGAINST YOU

HABLA is prohibited from taking any action against you in retaliation for joining this lawsuit.

### 5. UNDOCUMENTED WORKERS HAVE RIGHTS UNDER THE LABOR LAW

The FLSA covers employees who are citizens of other countries even if such employees do not have valid social security numbers or are undocumented. Undocumented workers are entitled to recover any unpaid overtime pay under the law.

           Cynthia Guerrero and Damaris E. Tyler,
           Plaintiffs


         By: _____
           Galvin B. Kennedy and
           Kevin M. Chavez
           Attorneys for Plaintiffs
           Kennedy Hodges, LLP
           3701 Kirby Dr., Suite 400
           Houston, Texas 77098
           Telephone: (713) 523-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CYNTHIA GUERRERO and § <br> DAMARIS E. TYLER, Individually and on § <br> Behalf of All Others Similarly Situated, § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> HABLA COMMUNICACIONES, INC., § <br> d/b/a HABLA COMUNICACIONES, INC., § <br> Defendant. § | CIVIL ACTION NO. 4:05 CV 03620 <br><br> JURY TRIAL DEMANDED |

## NOTICE OF CONSENT

I want to join this collective action lawsuit to recover unpaid overtime that I might be owed. I, the undersigned, a current or former hourly paid employee of Habla Communicaciones, Inc., d/b/a Habla Comunicaciones, Inc., hereby consent to participate in a collective action against Habla Communicaciones, Inc. d/b/a Habla Comunicaciones, Inc. I understand that the action is to collect unpaid overtime wages that I may be owed. By joining this collective action, I (*check one*):

☐ choose to be represented by Plaintiffs Cynthia Guerrero's and Damaris Tyler's ("Plaintiffs") counsel, Galvin B. Kennedy, of Kennedy Hodges, L.L.P. (and other attorneys with whom they may associate in this collection action) and forego my right to make decisions for myself and designate Plaintiffs as my representatives, and to the fullest extent possible, to make decisions on my behalf concerning the case, the method and manner of conducting the case, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this collective action; or

☐ choose to be represented by other counsel as follows: _____
_____ (*insert attorney name, address and phone number of other counsel*); or

☐ choose to represent myself.

I understand that while I have the right to pursue my claims by filing my own lawsuit, I choose to join this lawsuit.

_____
Full Name (print)

_____
Street Address

_____
City          State          Zip Code

_____
Telephone

_____          _____
Signature                                                        Date

DAL:616115.1